UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA OCHOA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE WOLF FIRM, et al.,<br><br>　　　　　Defendants. | Case No. 5:14-cv-04027-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket Nos. 19, 21)** |

　　　　Based on the parties' individual case management statements and the case management conference on January 13, 2015—at which Plaintiff Maria Ochoa failed to appear,[1]

　　　　IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

　　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

　　　　IT IS FURTHER ORDERED that ADR considerations are premature and will be deferred to a later date.

　　　　IT IS FURTHER ORDERED that Defendants' motion to dismiss—which has yet to be filed—will be heard on March 17, 2015 at 10:00 AM.

---

[1] *See* Docket No. 27.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Designation of Experts | September 11, 2015 |
| Discovery Cut-Off | October 9, 2015 |
| Hearing on Dispositive Motions | December 15, 2015 |
| Pre-Trial Conference | February 23, 2016 at 10:00 AM |
| Jury Trial | March 7, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: January 21, 2015

PAUL S. GREWAL
United States Magistrate Judge